Niclas A. Ferland (NAF-5367)
Ilan Markus (IM-7174)
**TYLER COOPER & ALCORN, LLP**
205 Church Street, P.O. Box 1936
New Haven, CT 06509-1910
(203) 784-8200
Counsel to Westfield America, Inc. and its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                              :          Involuntary Chapter 7
                                                    :
U.S. FACTORY OUTLETS, INC.,                         :          Case No. 06-10168-alg
                                                    :
                    Debtor.                         :
---------------------------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bank. P. 2002 and 9010, Niclas A. Ferland and Ilan Markus hereby appear in the above case on behalf of **WESTFIELD AMERICA, INC., WESTFIELD CORPORATION, INC.** and **NORTHWEST PLAZA LLC**, creditors and parties-in-interest, and demands that notice of all matters herein be duly served upon:

> Niclas A. Ferland, Esq.
> Ilan Markus, Esq.
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> P.O. Box 1936
> New Haven, CT 06509-1910
> nferland@tylercooper.com
> imarkus@tylercooper.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the name and address set forth above be added to any short list in this case.

Dated: New Haven, Connecticut
       March 6, 2006

**TYLER COOPER & ALCORN, LLP**

/s/ Ilan Markus
Niclas A. Ferland (NAF-5367)
nferland@tylercooper.com
Ilan Markus (IM-7174)
imarkus@tylercooper.com
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
(203) 784-8200

Counsel to:
Westfield America, Inc. Westfield Corporation, Inc.
and Northwest Plaza LLC